# In the United States Bankruptcy Court
# for the
# Southern District of Georgia
## Statesboro Division

| | | |
|---|---|---|
| In re: ) | | Chapter 13 |
| ) | | |
| STEVEN A. TRUDELLE, ) | | Number <u>16-60382-EJC</u> |
| ) | | |
| *Debtor.* ) | | |
| ) | | |
| STEVEN A. TRUDELLE, ) | | |
| ) | | |
| *Movant,* ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| PHH MORTGAGE CORPORATION, ) | | |
| ) | | |
| *Respondent.* ) | | |

### ORDER ON DEBTOR'S MOTION FOR DETERMINATION OF FEES, EXPENSES, OR CHARGES UNDER BANKRUPTCY RULE 3002.1(e)

This case is before the Court on the Debtor's Motion for Determination of Fees, Expenses, or Charges (dckt. 29). Pursuant to Bankruptcy Rule 3002.1(e), PHH Mortgage Corporation ("PHH Mortgage") filed a notice that it had incurred post-petition attorneys' fees in the amount of $600. Consistent with the Opinion separately entered:

IT IS ORDERED that the Debtor's Motion for Determination of Fees, Expenses, or Charges (dckt. 29) is GRANTED. PHH Mortgage's noticed attorneys' fees in the amount of $600 are DISALLOWED, and it shall not be entitled to recover these fees from the Debtor

or to add the same to its debt.

Dated at Savannah, Georgia, this 29th day of September, 2017.

_____
Edward J. Coleman, III, Judge
United States Bankruptcy Court
Southern District of Georgia